DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TARUS WOODSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0017

[July 2, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Kelly Coates, Jr., Judge; L.T. Case No. 502022CF003822AXXXWB.

Tarus Woodson, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***